LODGED

Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax: (949) 486-1889
E-mail: r.n@azimynathan.com
e.a@azimynathan.com

2006 MAY 15 PM 3:15
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Attorneys of Record for Plaintiff,
ROBERT HARWAY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT HARWAY,

Plaintiff,

v.

JACK W. MULLAN as Trustee of The MULLAN FAMILY TRUST; BEVERLY F. MULLAN as Trustee of The MULLAN FAMILY TRUST; CAMPUS CENTER, LLC and Does 1 through 10, inclusive.

Defendants.

Case No.: SACV05-1008-JVS (RNBx)

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO DISMISS DEFENDANT CAMPUS CENTER, LLC**

**F.R.Civ.P. 41(a)(1)**

DOCKETED ON CM
MAY 17 2006
BY 040

ORIGINAL

22

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Robert Zoltan Harway and Defendant Campus Center, LLC, through their attorneys undersigned, stipulate and agree that only Defendant Campus Center, LLC may be dismissed from Plaintiff's Complaint as to all claims, without prejudice.

DATED: May __, 2006

**AZIMY & NATHAN, LLP**

By: ______________________
Reuben D. Nathan, Esq.
Attorneys for Plaintiff,
Robert Harway

DATED: May __, 2006

**JORN S. ROSSI**

By: Jorn S. Rossi
Jorn S. Rossi, Esq.
Attorney for Defendant, Campus Center, LLC

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Robert Zoltan Harway and Defendant Campus Center, LLC, through their attorneys undersigned, stipulate and agree that only Defendant Campus Center, LLC may be dismissed from Plaintiff's Complaint as to all claims, without prejudice.

DATED: May 15, 2006

**AZIMY & NATHAN, LLP**

By: ______________________
Reuben D. Nathan, Esq.
Attorneys for Plaintiff,
Robert Harway

DATED: May __, 2006

**JORN S. ROSSI**

By: ______________________
Jorn S. Rossi, Esq.
Attorney for Defendant, Campus Center, LLC

# ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that Defendant Campus Center, LLC is dismissed from Plaintiff's Complaint, without prejudice.

Dated: 5.17, 2006

United States District Court Judge